## UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| AUXIN SOLAR INC.,<br>    *Plaintiff*,<br>v.<br>UNITED STATES,<br>    *Defendant*,<br>and<br>BYD (H.K.) CO., LTD., and FLORIDA POWER & LIGHT COMPANY,<br>    *Defendant-Intervenors*. | Ct. No. 23-00223<br><br>Before: M. Miller Baker, Judge |

## ORDER

The Chief Judge recently assigned these chambers nine cases[1] arising out of the Department of Commerce's circumvention investigation into crystalline silicon photovoltaic cells from Cambodia, Malaysia, Thailand, and Vietnam. *See Antidumping and Countervailing Duty Orders on Crystalline Silicon Photovoltaic Cells, Whether or Not Assembled into Modules, from the People's Republic of China*, 88 Fed. Reg. 57,419 (Dep't Commerce Aug. 23, 2023).

Before considering any proposed briefing schedule, the court wishes to hear the parties' views on to what extent, if any, it should consolidate these cases for all or more limited purposes, and whether it would be appropriate to designate one or more test cases and stay the remaining matters.

---

[1] Cases 23-221, 23-222, 23-223, 23-224, 23-225, 23-226, 23-227, 23-228, and 23-229.

2

Accordingly, the court **BIFURCATES** the Rule 56.2 procedure for a joint status report and proposed briefing schedule. All parties shall confer and file a joint status report no later than Friday, February 9, 2024, limited to the questions posed above and any related issues. Once the court has resolved those questions, the court will ask the parties to propose a briefing schedule.

| | | |
|---|---|---|
| Dated: | January 19, 2024<br>New York, New York | /s/ *M. Miller Baker*<br>M. Miller Baker, Judge |